■ In the Matter of the Claim of ANDREW BRENSECKE, Appellant, against WAGNER BROTHERS FEED CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of MORRIS CHERNA, Appellant, against STEINER & COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN C. COOKINGHAM, Appellant.— Motion seeking a resentence of defendant-appellant. Motion dismissed. This application should be submitted to the court which imposed the sentence. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ ELMER V. DAVIS, Plaintiff, v. RUBY GOODELL, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of GILBERT DYER, Respondent, against VERA LABEDZKI, Respondent, and GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied. Formal findings should be prepared and served forthwith. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of DAVID ELKIN, Appellant, against SALEM DEVELOPMENT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal is granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of JAMES HOURIHAN, Appellant, against HORN & HARDART COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of HERMAN LOPATIN, Appellant, against BEN JONES RESTAURANT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FRANCIS MAWBEY, Appellant.— Motion for permission to prosecute appeal as a poor person. Motion denied, without prejudice. There appears to be a controversy as to whether a proper notice of appeal was served in this matter. In another application the appellant should offer proof as to when and upon whom the notice of appeal was served. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of WILBUR R. MEEKER, Respondent, against MRS. JOHN L. LOUTFIAN, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ LIONEL F. PRATT, Respondent, v. RUTH M. PRATT, Appellant.— Motion for a stay of the execution of so much of an order granted on August 11, 1956, and entered on the 14th day of August, 1956, in Otsego County Clerk's office, as provides for the custody of the children. Motion granted, without costs, providing the appeal is perfected at the November, 1956, Term of this court. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.